IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
CASE NO. 07-5101

*ELECTRONICALLY FILED*

DAVID L. BOGLE                                              PLAINTIFF

vs.                        **AGREED ORDER**

WILLIAM F. JACKSON and
ALEXANDER C. PRZYGODA, Individually
and d/b/a JACKSON GALLERIES                                 DEFENDANTS

* * * *

The parties having advised the Court that the above-captioned matter is settled, the Court

does hereby ORDER that all claims brought, or which could have been brought, in the case

herein, whether by claim or counterclaim, be DISMISSED in their entirety, with prejudice. Each

of the parties shall bear their respective costs.

So ordered this the 8th day of Jan. , 2008.

UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF ARKANSAS

Have seen and agreed:

/s/ Catherine M. Stevens
Catherine M. Stevens, KBA #83653
FROST BROWN TODD LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
(859) 231-0000 - telephone
(859) 231-0011 - fax
COUNSEL FOR DEFENDANTS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 8 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

 /s/ Timothy J. Myers (by permission)_____
Thomas E. Smith, ABA #95204
Attorney At Law
P.O. Box 1574 Gravette, AR 72736

and

Timothy J. Myers, ABA #93110
TAYLOR LAW FIRM
P.O. Box 3457
Fayetteville, AR 72702
(479) 443-5222 – telephone
(479) 443-7842

COUNSEL FOR PLAINTIFF